Anna R. Leslie, appellant, v. A. R. E. Wyant and Louise H. Wyant, appellees.  Gen. No. 39,626.

Opinion filed January 10, 1938.

Heber T. Dotson, for appellant.  Raymond A. Kinzie, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Jan Blaha, appellee, v. Matthew J. Turk, appellant.  Gen. No. 39,635.

Opinion filed January 10, 1938.

Walter Truc, for appellant.  William S. Kleinman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Vehon Building Corporation, appellant, v. Homer S. Warren, appellee.  Gen. No. 39,660.

Opinion filed January 10, 1938.  Rehearing denied January 24, 1938.

Kelly & Cohler, for appellant; James J. Kelly, J. Robert Cohler and Ellsworth E. Richardson, of counsel.  Louis T. Herzon, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Joe Kaminskas et al., appellees, v. Frank Cepauskis et al., appellees.  Appeal of George B. Archer, appellant.  Gen. No. 39,679.

Opinion filed January 10, 1938.

George Gillette, Charles F. Grimes and Samuel Petersen, for appellant.  Olis, Vasalle & Lapinskas, for appellee Anna Cepauskas.

Mr. Justice McSurely delivered the opinion of the court.